UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JERRY JOHNSON, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) NO. 2:24-cv-00018 |
| | ) |
| SPERRY TENTS SOUTHEAST, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Plaintiffs have filed a Notice of and Motion for Voluntary Dismissal of all Claims with Prejudice Against Defendants. (Doc. No. 29) The motion is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR
UNITED STATES DISTRICT JUDGE